UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. BUCH,<br><br>    Plaintiff,<br><br>v.<br><br>BADRINARAYANAN KOTHANDARAMAN, et al.,<br><br>    Defendants. | Case No. 20-cv-08131-AGT<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), it is hereby ordered that the above-captioned case is referred to the Honorable Beth Labson Freeman to determine whether it is related to *In Re Enphase Energy, Inc. Derivative Litigation*, Case No. 5:20-cv-04623-BLF.

**IT IS SO ORDERED.**

Dated:  December 7, 2020

_____
ALEX G. TSE
United States Magistrate Judge